# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ARMANDO HIGAREDA-CABEZAS (1),<br><br>                Defendant. | CASE NO. 12CR0584-IEG<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_   the Court has dismissed the case for unnecessary delay; or

\_\_\_   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

8 U.S.C. 1324(a)(1)(A)(ii) and (v)(II)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2 4 APR 2012

                                          HON. IRMA E. GONZALEZ
                                          UNITED STATES DISTRICT JUDGE

47.